UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jeffrey Chaney,  Civil No. 17cv01914 PAM/KMM

    Plaintiff,

v.  **ORDER OF DISMISSAL**

Blue Cross and Blue Shield Minnesota,

    Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed, without prejudice, the Court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated:   December 19, 2017

                                       *s/ Paul A. Magnuson*
                                       PAUL A. MAGNUSON
                                       United States District Judge